JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. MOUNTFORD,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>THE PEOPLE,<br><br>　　　　　　　Respondent. | Case No. CV 20-7362-SVW (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated:　November 9, 2020

_____
HONORABLE STEPHEN V. WILSON
United States District Judge